1
2
3
4
5
6
7
8
9
10
11

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

12

EMILY RODRIGUEZ, individually and on behalf of all other similarly situated,

Plaintiffs,

v.

ACCIDENT FUND HOLDINGS, INC., d/b/a www.compwestinsurance.com,

Defendant.

Case No.: 2:25-cv-03920-SK

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS COMPLAINT**

Complaint Served: April 3, 2025
Current Response Due: June 16, 2025
New Response Due: June 23, 2025

**DATE: August 6, 2025**
**TIME: 10:00 a.m.**
**COURTROOM: 540, 5TH FLOOR**

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS COMPLAINT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The Court, having read and considered Defendant Accident Fund Holdings' Motion to Dismiss Plaintiff Emily Rodriguez's Class Action Complaint, Plaintiff's Opposition, and Defendant's Reply papers, and the oral argument of counsel, and for good cause appearing, the Court **HEREBY ORDERS** that:

    1.    Defendant's Motion to Dismiss is **GRANTED**.

    2.    Plaintiff's Class Action Complaint is dismissed **WITH PREJUDICE**.

**IT IS SO ORDERED.**

Date:                                  _____
                                         Magistrate Judge Steve Kim
                                         United States District Court.

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS COMPLAINT