UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:25-CV-03920-SK Date: July 18, 2025

Title Emily Rodriguez v. Accident Fund Holdings, Inc.

Present: The Honorable: Steve Kim, United States Magistrate Judge

| | |
|---|---|
| Alma Felix for Connie Chung | n/a |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
| None present | None present |

**Proceedings:** (IN CHAMBERS) **ORDER DENYING DEFENDANT'S MOTION TO DISMISS WITHOUT PREJUDICE [ECF 12]**

On May 2, 2025, Defendant Accident Holdings, Inc. removed to federal court this action by Plaintiff Emily Rodriguez. (ECF 1). On June 23, 2025, Defendant moved to dismiss the then-operative complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). (ECF 12). Exactly 21 days later on July 14, 2025, however, Plaintiff exercised her right to file an amended complaint in response to Defendant's motion. (ECF 13). *See* Fed. R. Civ. P. 15(a)(1)(B). Plaintiff's timely filed First Amended Complaint ("FAC") thus "super[s]edes the original complaint" and is now the operative complaint. *Lacey v. Maricopa Cnty.*, 693 F.3d 896, 927 (9th Cir. 2012) (en banc); *accord Falck N. Cal. Corp. v. Scott Griffith Collaborative Sols., LLC*, 25 F.4th 763, 765 (9th Cir. 2022).

For this reason, Defendant's Motion to Dismiss (ECF 12) is DENIED as moot. *See Ramirez v. Cnty. of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015); *accord Malone v. Walt Disney Parks & Resorts U.S., Inc.*, 2025 WL 1421302, at *1 (C.D. Cal. Apr. 10, 2025). The denial is without prejudice to the filing of a duly noticed motion to dismiss the FAC, if warranted. However, the parties are reminded to heed the court's prefiling requirements for motions to dismiss. (ECF 7). Meanwhile, the hearing on Defendant's motion set for August 6, 2025 is VACATED.

IT IS SO ORDERED.