# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY RODRIGUEZ, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ACCIDENT FUND HOLDINGS, INC., d/b/a www.compwestinsurance.com,<br><br>Defendant. | Case No.: 2:25-cv-03920-SK<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTIONS TO DISMISS AND STRIKE**<br><br>[Filed Concurrently with Notice of Motions and Memorandum of Points and Authorities; Declarations of Mickey Hadick, Lupe Rangel and Matthew D. Pearson]<br><br>Action Filed:   March 24, 2025<br>Action Served:   April 3, 2025<br>Action Removed: May 2, 2025<br>FAC Filed:          July 14, 2025<br><br>**DATE: DECEMBER 3, 2025**<br>**TIME: 10:00 a.m.**<br>**COURTROOM: 540, 5TH FLOOR** |

1

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTIONS TO DISMISS AND STRIKE
FIRST AMENDED COMPLAINT

1   The Court, having read and considered Defendant Accident Fund Holdings'
2   Motion to Dismiss Plaintiff Emily Rodriguez's First Amended Class Action Complaint,
3   Plaintiff's Opposition, and Defendant's Reply papers, and the oral argument of counsel,
4   and for good cause appearing, the Court **HEREBY ORDERS** that:
5       1.   Defendant's Motion to Dismiss is **GRANTED**
6       2.   Defendant's Motion to Strike is **GRANTED**
7       3.   Plaintiff's First Amended Complaint is Dismissed **WITH PREJUDICE**.
8       4.   Plaintiff's request for punitive damages in paragraph 129 of the First
9            Amended Complaint and in paragraph (b) of the PRAYER FOR RELIEF
10           is stricken **WITH PREJUDICE**.

**IT IS SO ORDERED.**

Date:_____       _____
                                   Magistrate Judge Steve Kim
                                   United States District Court