Matthew D. Pearson (SBN 294302)
Matthew.Pearson@wbd-us.com
**WOMBLE BOND DICKINSON (US) LLP**
400 Spectrum Center Drive, Suite 1700
Irvine, California 92618
Telephone: (714) 557-3800
Facsimile: (714) 557-3347

*Attorneys for Defendant*
ACCIDENT FUND HOLDINGS, INC.
(erroneously sued as ACCIDENT FUND HOLDINGS, INC., D/B/A WWW.COMPWESTINSURANCE.COM)

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EMILY RODRIGUEZ, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ACCIDENT FUND HOLDINGS, INC., d/b/a www.compwestinsurance.com,<br><br>Defendant. | Case No.: 2:25-cv-03920-SK<br><br>**DEFENDANT'S NOTICE OF ERRATA REGARDING DECLARATION OF MICKEY HADICK [DKT. NO. 17-1] FILED IN SUPPORT OF DEFENDANT'S MOTIONS TO DISMISS AND STRIKE PLAINTIFF'S FIRST AMENDED COMPLAINT [DKT. NO. 17]**<br><br>Action Filed: March 24, 2025<br>Action Served: April 3, 2025<br>Action Removed: May 2, 2025<br>FAC Filed: July 14, 2025<br><br>**DATE: DECEMBER 3, 2025**<br>**TIME: 10:00 A.M.**<br>**COURTROOM: 540, 5th FLOOR** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** on August 11, 2025, Accident Fund Holdings, Inc. ("AFHI") served and filed the Declaration Mickey Hadick [Dkt. No. 17-1] in support of Defendant's Motions to Dismiss and Strike [Dkt. No. 17]. Defendant filed an earlier version of the Declaration; the correct Declaration is filed concurrently herewith. Defendant's attorneys regret and apologize for any inconvenience that this may have cause the Court and Plaintiff's counsel.

Respectfully submitted,

Dated: August 12, 2025

**WOMBLE BOND DICKINSON (US) LLP**

By: */s/ Matthew D. Pearson*
Matthew D. Pearson

*Attorneys for Defendants*
ACCIDENT FUND HOLDINGS, INC.
(erroneously sued as Accident Fund Holdings, Inc. dba www.compwestinsurance.com)