Matthew D. Pearson (SBN 294302)
Matthew.Pearson@wbd-us.com
WOMBLE BOND DICKINSON (US) LLP
400 Spectrum Center Drive, Suite 1700
Irvine, California 92618
Telephone: (714) 557-3800
Facsimile: (714) 557-3347

*Attorneys for Defendant*
ACCIDENT FUND HOLDINGS, INC.
(erroneously sued as ACCIDENT FUND HOLDINGS, INC., D/B/A WWW.COMPWESTINSURANCE.COM)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY RODRIGUEZ, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ACCIDENT FUND HOLDINGS, INC., d/b/a www.compwestinsurance.com,<br><br>Defendant. | Case No.: 2:25-cv-03920<br><br>**DECLARATION OF MICKEY HADICK IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>[Filed Concurrently with Notice of Motion; Memorandum of Points and Authorities; and (Proposed) Order]<br><br>Action Filed: March 24, 2025<br>Action Served: April 3, 2025<br>Action Removed: May 2, 2025<br>FAC Filed: July 14, 2025<br><br>**DATE: DECEMBER 3, 2025**<br>**TIME: 10:00 A.M.**<br>**COURTROOM: 540, 5TH FLOOR** |

**DECLARATION OF MICKEY HADICK**

I, Mickey Hadick, declare as follows:

1. I am currently employed as the Senior Digital Communications Advisor for Defendant Accident Fund Holdings, Inc. (erroneously sued as Accident Fund Holdings, Inc. d/b/a www.compwestinsurance.com) ("AFHI"). As the Senior Digital Communications Advisor for AFHI, my job duties include, among other things: (1) oversight and maintenance of AFHI's various web properties, including www.compwestinsurance.com (the "Site") and (2) general management of AFHI's business operations, requiring broad knowledge of AFHI's activities. I make this declaration in support of AFHI's concurrently filed Motion to Dismiss Complaint. I make this declaration based on my own personal knowledge or, where indicated, based on the knowledge of persons on whom I regularly rely in the ordinary course of my duties. If called as a witness, I could and would testify competently to the following:

2. AFHI, which operates under the name AF Group, is a Michigan corporation with its principal place of business in Lansing, Michigan.

3. AFHI is a holding company whose affiliated insurance brands are premier providers of innovative, specialty insurance solutions.

4. CompWest Insurance is one of those eight brands.

5. CompWest insurance has its own website, www.CompWestInsurance.com.

6. The Site is maintained by employees in Michigan and is hosted by servers housed in Michigan.

7. Anyone with internet access can visit the Site.

8. The Site does not distinguish between users from different states.

9. A user who visits the Site from California would experience the exact same thing as a user who visits the Site from Oregon.

10. AFHI does not determine the location of a Site visitor prior to his or

- 1 -

her accessing the Site.

11. AFHI does not sell workers' compensation, or other, insurance in California.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct to the best of my knowledge.

Executed this 12th of August, 2025 at Holt, Michigan.

_____
Mickey Hadick