UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. CV 25-03920-SK Date: December 3, 2025

Title Emily Rodriguez v. Accident Fund Holdings, Inc.

Present: The Honorable: Steve Kim, United States Magistrate Judge

| | |
|---|---|
| Connie Chung | CS 12/03/25 |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
| Scott Ferrell | Matthew Pearson |

**Proceedings:** **DEFENDANT'S MOTIONS TO DISMISS AND STRIKE FIRST AMENDED COMPLAINT (ECF 17)**

Case called. Counsel state their appearances for the record. The Court confers with counsel and hears oral argument.

The motion to dismiss for lack of personal jurisdiction is denied. The motion to dismiss for failure to plead sufficient facts to state a CIPA claim is granted with leave to amend and without prejudice to the addition or substitution of common-law claims. Plaintiff shall file a second amended complaint by the deadline agreed upon by the parties.

| | |
|---|---|
| | 00:40 |
| **Initials of Preparer** | CC |