Matthew D. Pearson, (SBN 294302)
mpearson@fkks.com
FRANKFURT KURNIT KLEIN + SELZ PC
2029 Century Park East, Suite 2500N
Los Angeles, California 90067
Telephone: (310) 579-9600
Facsimile: (310) 579-9650

Attorneys for ACCIDENT FUND HOLDINGS, INC. (erroneously sued as ACCIDENT FUND HOLDINGS, INC. d/b/a www.compwestinsurance.com)

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| EMILY RODRIGUEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ACCIDENT FUND HOLDINGS, INC. d/b/a www.compwestinsurance.com,<br><br>Defendant. | Case No. 2:25-cv-3920-SK<br><br>**STIPULATION TO FURTHER CONTINUE DEFENDANT'S RESPONSIVE PLEADING DEADLINE**<br><br>The Hon. Magistrate Judge Steve Kim |

**TO THE HONORABLE COURT:**

Plaintiff Emily Rodriguez ("Plaintiff") and Defendant Accident Fund Holdings, Inc. (erroneously sued as Accident Fund Holdings, Inc. d/b/a www.compwestinsurance.com ("Defendant" and, together with Plaintiff, the "Parties") hereby file this stipulation seeking an order from the Court continuing Defendant's responsive pleading deadline by one week, from February 26, 2026 to March 5, 2026 ("Stipulation"). Good cause exists to grant this stipulation based on the following facts:

Frankfurt Kurnit Klein + Selz PC
2029 Century Park East, Suite 2500N
Los Angeles, California 90067
P (310) 579-9600

Frankfurt Kurnit Klein + Selz PC
2029 Century Park East, Suite 2500N
Los Angeles, California 90067
P (310) 579-9600

1. Plaintiff initially filed her Class Action Complaint in Los Angeles Superior court on March 24, 2025, Case No. 25STCV08626. [Dkt. No. 1-1.]

2. On April 3, 2025, Defendant was served with the Summons and Class Action Complaint.

3. On May 2, 2025, Defendant filed a Notice of Removal to United States District Court. [Dkt. No. 1]

4. On June 23, 2025, Defendant filed a Motion to Dismiss Plaintiff's Complaint. [Dkt. No. 12.]

5. On July 14, 2025, Plaintiff filed a First Amended Complaint. [Dkt. No. 13.] Accordingly, the Court denied Defendant's Motion to Dismiss as moot and without prejudice. [Dkt. No. 14.]

6. On August 11, 2025, Defendant filed a Motion to Dismiss and Motion to Strike the First Amended Complaint. [Dkt. No. 17.]

7. On December 3, 2025, the Court held a hearing a Defendant's Motion to Dismiss and Motion to Strike the First Amended Complaint. Thereafter, the Court issued a minute order in which it held, among other things, that "[t]he motion to dismiss for failure to plead sufficient facts to state a CIPA claim is granted with leave to amend and without prejudice to the addition or substitution of common-law claims." [Dkt. No. 22.]

8. On January 28, 2026, Plaintiff filed her Second Amended Complaint. [Dkt. No. 29.]

9. On January 31, 2026, the Court issued an order setting Defendant's responsive pleading for February 19, 2026. [Dkt. No. 30.]

10. Due to counsel for Defendant changing law firms on February 17, 2026, counsel for Defendant contacted counsel for Plaintiff to request a one-week continuance of Defendant's responsive pleading deadline. Counsel for Plaintiff graciously agreed.

11. On February 13, 2026, the Parties filed a stipulation seeking an order

from the Court continuing Defendant's responsive pleading deadline to February 26, 2026. [Dkt. No. 31.] The Court granted the stipulation on February 13, 2026. [Dkt. No. 32.]

12. Counsel for Defendant is not currently in possession of the case records and documents, as they remain in counsel for Defendant's prior firm's possession. Those documents should be transferred shortly.

13. In light of this, counsel for Defendant contacted counsel for Plaintiff to request another one-week extension of Defendant's responsive pleading deadline. Plaintiff's counsel agreed to continue Defendant's responsive pleading deadline to March 5, 2026.

14. Therefore, the Parties hereby stipulate to, and ask the Court to enter, an order continuing Defendant's responsive pleading deadline from February 26, 2026 to March 5, 2026.

15. A Proposed Order is filed in conjunction with this Stipulation.

16. This Stipulation is without prejudice to the rights, claims, arguments, and defenses of all Parties.

17. This is Defendant's second request to extend it responsive pleading to Plaintiff's Second Amended Complaint.

18. Pursuant to United States District Court for the Central District of California, ECF Administrative Policies and Procedures Manual, the parties hereby attest that they have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.

/ / /

/ / /

/ / /

Frankfurt Kurnit Klein + Selz PC
2029 Century Park East, Suite 2500N
Los Angeles, California 90067
P (310) 579-9600

Frankfurt Kurnit Klein + Selz PC
2029 Century Park East, Suite 2500N
Los Angeles, California 90067
P (310) 579-9600

**IT IS SO STIPULATED.**

DATED: February 24, 2026 FRANKFURT KURNIT KLEIN + SELZ PC

By: *_/s/ Matthew D. Pearson_*
Matthew D. Pearson
Attorneys for ACCIDENT FUND HOLDINGS, INC. (erroneously sued as ACCIDENT FUND HOLDINGS, INC. d/b/a www.compwestinsurance.com)

DATED: February 24, 2026 PACIFIC TRIAL ATTORNEYS APC

By: *_/s/ Scott J. Ferrell_*
Scott J. Ferrell
David W. Reid
Victoria C. Knowles
4100 Newport Place Drive Suite 800
Newport Beach, CA 92660
USA
949-706-6464 Fax: 949-706-6469
Email:Sferrell@pacifictrialattorneys.com
DReied@pacifictrialattorneys.com
VKnowles@pacifictrialattorneys.com