JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EMILY RODRIGUEZ,<br>Plaintiff,<br>v.<br>ACCIDENT FUND HOLDINGS, INC.,<br>Defendants. | Case No. 2:25-cv-03920-SK<br>**JUDGMENT** |

Pursuant to the Order Granting Defendant's Motion to Dismiss Second Amended Complaint, **IT IS ADJUDGED** that the action is dismissed with prejudice.

DATED: 8/13/26

STEVE KIM
United States Magistrate Judge